ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 AUG 6 PM 3:59
KMB

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-24CR-317-N |
| MILTON ARIAS<br>a/k/a Melbin Garcia Rodriguez<br>a/k/a Jose Torres-Rodriguez | |

# INDICTMENT

The Grand Jury charges:

### Count One
### Illegal Reentry After Removal from the United States
### (Violation of 8 U.S.C. § 1326(a))

On or about July 10, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Milton Arias**, an alien, was found in the United States after having been deported and removed therefrom on or about May 15, 2023, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a), the penalty for which is found at 8 U.S.C. §1326(b)(2).

Indictment—Page 1

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
RYAN P. NIEDERMAIR
Assistant United States Attorney
Texas Bar No. 24116828
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8600
Fax: 214-659-8805
Email: ryan.niedermair@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MILTON ARIAS

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this __6__ day of August, 2024.

**Defendant in Federal Custody since 7/24/2024**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:24-MJ-651